**CAMPANELLI & ASSOCIATES, P.C.**
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of the NY Bar*

Jean M. Smyth
Patricia Mackreth
Philip A. Salmon

*COUNSEL*

George B. McPhillips
*1930-1994*

December 8, 2025

*Via ECF*
Hon. James M. Wicks
United States District Judge – Eastern District
100 Federal Plaza
Central Islip, NY 11722-9014

> Re: Guma, et al. v. City of Long Beach, et al.
> Docket no. 23-cv-04529(GRB)(JMW)

Dear Magistrate Judge Wicks:

My firm represents the plaintiffs within the above-referenced action.

I respectfully submit this letter as an application to be relieved as counsel for plaintiff Michael D'Antoni herein, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

The Defendant City of Long Beach has tentatively agreed to settle this action with three of the four named plaintiffs herein. As to the fourth plaintiff, Michael D'Antoni, he has ceased all communications with my firm, and I have been unable to contact him for months.

In August and September, my Associate and I tried to call him on four occasions, but we were unable to reach him. Under the circumstances, I contacted an attorney who personally knows Mr. D'Antoni, was representing him in another matter, and had referred Mr. D'Antoni to my firm to represent him in this case. I asked the attorney to instruct Mr. D'Antoni to call me so we could discuss his case. Mr. D'Antoni did not call or contact us.

In November, when the parties began settlement discussions in earnest, I sent Mr. D'Antoni a letter on November 6, 2025, asking him to call me. *Exhibit A*. On November 12, 2025, I tried calling him a fifth time but encountered a message stating that his telephone was not in service at that time. On November 19, 2025, I tried calling him again, but I got the same message. On November 20, 2025, I sent him another letter asking him to "please give me a call as soon as possible." *Exhibit B*. On December 8, 2025, I made a final attempt to reach him both through the referring attorney and by another call to his telephone. All without success.

I respectfully submit that Mr. D'Antoni's cessation of all communications with my firm has made it impossible for us to continue to represent him in this matter.

I further submit that our client's failure to respond to our efforts to contact him constitutes a breakdown of the attorney-client relationship between Mr. D'Antoni and my firm, which may properly serve as a basis for relieving my firm of its role as his counsel. *See* New York Rules of Professional Conduct Rule 1.16(c) and 1.16(c)(7)

"A lawyer may withdraw from representing a client" when "the client fails to cooperate in the representation or otherwise renders the representation unreasonably difficult for the lawyer to carry out employment effectively."

See also Kenn Zou v. Xiao Han, 2025 WL 3299489 (E.D.N.Y. 2025).

Under the circumstances, I have been constrained to make this application for my firm to be relieved as Mr. D'Antoni's counsel in this case, and I respectfully request that this application be granted.

Respectfully submitted,

CAMPANELLI & ASSOCIATES, P.C.

/s/ *Andrew J. Campanelli*
Andrew J. Campanelli

cc: All Counsel of Record (via ECF)

# EXHIBIT A

# CAMPANELLI & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Patricia Mackreth
Philip A. Salmon

*COUNSEL*

George B. McPhillips
*1930-1994*

November 6, 2025

Michael D'Antoni
30 Delaware Avenue
Long Beach, NY 11561

Re:    Guma et al v. City of Long Beach

Dear Mr. D'Antoni:

As you recall, you retained our firm to represent you in the above-reference case against the City of Long Beach, for the City having seized your Ford Mustang without a warrant.

The City has expressed interest in settling your case. We have tried you reach you, but the telephone number we have for you indicates that is has been disconnected.

Please give me a call to discuss your case.

Very truly yours,

Andrew J. Campanelli, Esq.

**EXHIBIT B**

# CAMPANELLI & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Patricia Mackreth
Philip A. Salmon

*COUNSEL*

George B. McPhillips
*1930-1994*

November 20, 2025

Michael D'Antoni
30 Delaware Avenue
Long Beach, NY 11561

   Re: Guma et al v. City of Long Beach
     Docket no. 23-cv-4529 (GRB)(JMW)

Dear Mr. D'Antoni:

  As you recall, you retained our Firm to represent you in the above-referenced case against the City of Long Beach, arising from the City's seizure of your Ford Mustang without a warrant.

  The City has expressed interest in settling your case. We have tried to reach you by telephone, but the number we have for you indicates that it is disconnected.

  Please give me a call as soon as possible to discuss your case.

       Very truly yours,

       Andrew J. Campanelli, Esq.

AJC: cao